**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Missouri

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Brian<br>First name<br>Wayne<br>Middle name<br>Buttry<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Dana<br>First name<br>Michele<br>Middle name<br>Buttry<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | Shelli Buttry |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0  6  2  0<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – 8  4  8  9<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1  Brian Wayne Buttry & Dana Michele Buttry
_____First Name_____Middle Name_____Last Name_____

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

**5. Where you live**

1806 Cypress Dr.
_____
Number       Street

_____

Lebanon                    MO     65536
_____
City                         State    ZIP Code

Laclede County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number       Street

_____
P.O. Box

_____
City                         State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number       Street

_____

_____
City                         State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number       Street

_____
P.O. Box

_____
City                         State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Brian Wayne Buttry & Dana Michele Buttry | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.
☑ Yes.  Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Brian Wayne Buttry & Dana Michele Buttry | | Case number (*if known*)_____ |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____
_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Debtor 1 | Brian Wayne Buttry & Dana Michele Buttry | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name       Middle Name       Last Name | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Brian Wayne Buttry & Dana Michele Buttry
            First Name          Middle Name          Last Name

Case number (if known)_____

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Brian Wayne Buttry
_____
Signature of Debtor 1

Executed on   01/24/2025
            MM / DD / YYYY

✘ /s/ Dana Michele Buttry
_____
Signature of Debtor 2

Executed on   01/24/2025
            MM / DD / YYYY

Debtor 1 ___Brian Wayne Buttry & Dana Michele Buttry___

First Name          Middle Name          Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Bradley McCormack _____

Signature of Attorney for Debtor

Date ___01/24/2025___

MM  /  DD / YYYY

Bradley McCormack _____

Printed name

Sader Law Firm, LLC _____

Firm name

2345 Grand Blvd. _____

Number     Street

Suite 2150 _____

Kansas City                          MO        64108 _____

City                                 State     ZIP Code

Contact phone ___816-561-1818____      Email address ___bmccormack@saderlawfirm.com___

54338 _____      MO _____

Bar number                           State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian Wayne Buttry | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dana Michele Buttry | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

| | Unsecured claim |
|---|---|

**1**

Third Coast Bank
Creditor's Name

20202 Highway 59
Number    Street

Humble                         TX        77338
City                              State      ZIP Code

Contact

Contact phone

What is the nature of the claim? UCC 22-0054435287

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:    – $_____
          Unsecured claim        $_____

$ 4,135,696.00

**2**

Libertas Funding
Creditor's Name

Corporation Service Company
Number          Street

1201 Hays Street

Tallahassee        FL        32301
City                    State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:    – $_____
          Unsecured claim        $_____

$ 960,765.00

| Debtor 1 | Brian Wayne Buttry | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**Unsecured claim**

**3** | **Donald Pyburn**
Creditor's Name

155 Windfair Loop
Number        Street

Montgomery          TX    77316
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? UCC 22-0055829760

$ 485,583.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim $_____

---

**4** | **Slate Advance**
Creditor's Name

15 America Avenue, Ste. 3
Number        Street

Lakewood            NJ    08701
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt

$ 221,495.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim $_____

---

**5** | **Blade Funding**
Creditor's Name

Michael I. Bernstein, PA
Number        Street

10800 Biscayne Blvd. Ste. 950

Miami               FL    33101
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt UCC 23-0021646887

$ 215,721.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim $_____

---

**6** | **Instafunders LLC**
Creditor's Name

Tzvi H. Pershin
Number        Street

1019 Kane Concourse, 202-A

Miami               FL    33101
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt

$ 102,656.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim $_____

---

**7** | **Cloud Fund, LLC d/b/a Delta Bridge Fund**
Creditor's Name

Business Filings Incorporated
Number        Street

1200 South Pine Island Road

Fort Lauderdale     FL    33301
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Business Debt UCC 23-0008010569

$ 97,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim $_____

Debtor 1 __Brian Wayne Buttry_____    Case number (if known)_____

First Name    Middle Name    Last Name

| | **Unsecured claim** |
|---|---|

**8** | Chrysler Capital
Creditor's Name

P.O. Box 961278
Number     Street

Fort Worth          TX     76161
City               State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _Monies Loaned / Advanced_    $ 49,508.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

**9** | Oakstar Bank
Creditor's Name

1020 E. Battlefield
Number     Street

Springfield          MO 65807
City               State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _Monies Loaned / Advanced_    $ 8,843.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    $_____
        Unsecured claim    $_____

**10** | US Bank
Creditor's Name

P.O. Box 108
Number     Street

Saint Louis          MO   63166
City               State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _Credit Card Debt_    $ 7,373.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

**11** | Oakstar Bank
Creditor's Name

1020 East Battlefield
Number     Street

Springfield          MO  65807
City               State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _Monies Loaned / Advanced_    $ 6,671.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

**12** | Ashley Advantage
Creditor's Name

P.O. Box 71757
Number     Street

Philadelphia          PA   19176
City               State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _Credit Card Debt_    $ 3,303.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

Debtor 1   __Brian Wayne Buttry_____   Case number (if known)_____
First Name   Middle Name   Last Name

| | Unsecured claim |
|---|---|

**13** Syncb/CareCredit
Creditor's Name

P.O. Box 981439
Number   Street

El Paso                 TX   79998
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) :   $_____
         Value of security:   $_____
         Unsecured claim   $_____

$ 3,043.00

**14** Cherry Tech
Creditor's Name

2261 Market Street #4869
Number   Street

San Francisco           CA   94114
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) :   $_____
         Value of security:   $_____
         Unsecured claim   $_____

$ 1,211.00

**15** Target
Creditor's Name

P.O. Box 673
Number   Street

Minneapolis             MN   55440
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured) :   $_____
         Value of security:   $_____
         Unsecured claim   $_____

$ 296.00

**16** Affirm Inc
Creditor's Name

633 Folsom St Fl 7
Number   Street

San Francisco           CA   94107
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) :   $_____
         Value of security:   $_____
         Unsecured claim   $_____

$ 151.00

**17** Verizon Wireless
Creditor's Name

500 Technology Dr., Ste. 550
Number   Street

Weldon Spring           MO   63304
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Telephone / Internet services

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured) :   $_____
         Value of security:   $_____
         Unsecured claim   $_____

$ 0.00

Official Form 104      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 4

Debtor 1    Brian Wayne Buttry
_____        Case number (if known)_____
First Name        Middle Name        Last Name

| | Unsecured claim |
|---|---|

**18**

Vulcan Materials Company
_____
Creditor's Name

CT Corporation System
_____
Number        Street

1999 Bryan Street, Ste. 900
_____

Dallas                          TX   75201
_____
City                          State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Business Debt

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:          – $_____
          Unsecured claim              $_____

$ 0.00

---

**19**

Texas State Rentals
_____
Creditor's Name

20228 Schiel Rd.
_____
Number        Street

_____

Cypress                        TX   77433
_____
City                          State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Business Debt

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:          – $_____
          Unsecured claim              $_____

$ 0.00

---

**20**

United Rentals
_____
Creditor's Name

Corporation Service Company
_____
Number        Street

211 E. 7th Street, Ste. 620
_____

Austin                          TX   78701
_____
City                          State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim? Business Debt

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:          – $_____
          Unsecured claim              $_____

$ 0.00

---

Debtor 1   Brian Wayne Buttry                                    Case number *(if known)*_____
     First Name     Middle Name     Last Name

---

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Brian Wayne Buttry _____

Signature of Debtor 1

Date 01/24/2025 _____
    MM /   DD   /   YYYY

✖ /s/ Dana Michele Buttry _____

Signature of Debtor 2

Date 01/24/2025 _____
    MM /   DD   /   YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Brian Wayne Buttry |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Dana Michele Buttry |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Western District of Missouri

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.............................................. | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .................................... | $ 314,546.71 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................. | $ 314,546.71 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 289,898.80 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................ | + $ 6,299,315.00 |
| **Your total liabilities** | $ 6,589,213.80 |

### Part 3:    Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* .................................................................... | $ 18,443.65 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................................ | $ 8,452.05 |

| Debtor 1 | Brian Buttry & Dana Buttry | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name       Middle Name       Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    Brian Wayne Buttry
_____
First Name          Middle Name          Last Name

Debtor 2    Dana Michele Buttry
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Missouri

Case number _____
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

3.1 Make: Chevrolet
    Model: Colorado
    Year:                2018
    Approximate mileage:  63,549
    Other information:
    Condition: Very Good; VIN: 1GCGTDENXJ1107389

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 21,700.00 | $ 21,700.00 |

3.2 Make: Chevrolet
    Model: Silverado 2500 HD
    Year:                2024
    Approximate mileage: _____
    Other information:
    Condition: Very Good; VIN: 1GC4YNEY0RF103726

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 57,995.00 | $ 57,995.00 |

3.3 Make: Chevrolet
    Model: Silverado
    Year:                2023
    Approximate mileage: _____
    Other information:
    Condition: VIN: 2GC4YNEY9P1720062

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 47,450.00 | $ 47,450.00 |

Debtor 1    <u>Brian Wayne Buttry & Dana Michele Buttry</u>
            First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| | | |
|---|---|---|
| **4.1** Make: <u>Camper</u><br>Model: _____<br>Year: <u>2005</u><br>Other information:<br>Condition: | **Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?**     **Current value of the portion you own?**<br>$ <u>0.00</u>     $ <u>0.00</u> |
| **4.2** Make: <u>Jayco</u><br>Model: <u>Precept MH316L</u><br>Year: <u>2017</u><br>Other information:<br>Condition: VIN:<br>1F66F5DY4GOA15510; | **Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?**     **Current value of the portion you own?**<br>$ <u>65,000.00</u>     $ <u>65,000.00</u> |
| **4.3** Make: <u>Tracker</u><br>Model: <u>TAH21500B</u><br>Year: <u>2023</u><br>Other information:<br>Condition: VIN; BUJ40546K223; | **Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☑ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?**     **Current value of the portion you own?**<br>$ <u>59,340.71</u>     $ <u>59,340.71</u> |
| **4.4** Make: <u>Tractor</u><br>Model: _____<br>Year: <u>2024</u><br>Other information:<br>Condition: | **Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?**     **Current value of the portion you own?**<br>$ <u>43,900.00</u>     $ <u>43,900.00</u> |

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................➤      $ <u>295,385.71</u>

---

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|
| **6. Household goods and furnishings**<br><br>*Examples:* Major appliances, furniture, linens, china, kitchenware<br>☐ No<br>☑ Yes. Describe...<br><br>Couch, refrigerator, pots and pans, kitchen utensils | Do not deduct secured claims or exemptions.<br><br><br><br>$ <u>12,500.00</u> |
| **7. Electronics**<br><br>*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games<br>☐ No<br>☑ Yes. Describe...<br><br>T.V. | <br><br><br>$ <u>300.00</u> |

Debtor 1   <u>Brian Wayne Buttry & Dana Michele Buttry</u>   Case number *(if known)* _____
First Name     Middle Name     Last Name

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

| |
|---|
| Remington Model 597 .22 LR; Rossie 243 Winchester; Ruger 10/22 Gardenia .22 LR; Smith & Wesson 15/22 Hpb 0785; Harrington & Richardson Model 088 20 Gauge; Harrington & Richardson Topper Model 88 410 Gauge 3 inch Full; Remington Model 1100 12 Gauge |

$ <u>3,200.00</u>

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| |
|---|
| Everyday clothing |

$ <u>500.00</u>

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☑ No
☐ Yes. Describe...

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
you have attached for Part 3. Write that number here**.................................................................➤   | $16,500.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.......................................................................................................................... Cash ........................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................     Institution name:

Debtor 1  Brian Wayne Buttry & Dana Michele Buttry  Case number*(if known)* _____
First Name    Middle Name    Last Name

| 17.1. Checking account: | Amegy Bank - 4026 | $ 61.00 |
| 17.2. Checking account: | US Bank - 3672 (Joint account with mother) | $ 800.00 |
| 17.3. Checking account: | Arvest Bank - 9310 | $ 1,800.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

Name of entity:                                    % of ownership:

| Trinity Excavators (24-35266) | _____% | $ 0.00 |
| Buttry Cattle Co. | _____% | $ 0.00 |
| TE Construction Group (24-35267) | _____% | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    Brian Wayne Buttry & Dana Michele Buttry    Case number*(if known)* _____
First Name        Middle Name        Last Name

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  |  |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| West Coast Life - Brian | Cole Buttry | $ 0.00 |
| Bestow Insurance Services - Dana | Cole Buttry | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information....

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................➤    $2,661.00

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

Debtor 1    <u>Brian Wayne Buttry & Dana Michele Buttry</u>    Case number *(if known)* _____
First Name        Middle Name        Last Name

---

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................▶

| $0.00 |

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................................▶   $0.00

56. **Part 2: Total vehicles, line 5**                            $ 295,385.71

57. **Part 3: Total personal and household items, line 15**     $ 16,500.00

58. **Part 4: Total financial assets, line 36**                 $ 2,661.00

59. **Part 5: Total business-related property, line 45**        $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**      + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 314,546.71    Copy personal property total▶   + $ 314,546.71

63. **Total of all property on Schedule A/B. Add line 55 + line 62**         $ 314,546.71

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian Wayne Buttry | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Dana Michele Buttry | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - T.V.<br><br>Line from *Schedule A/B*: 7 | $ 300.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430 1.(1) |
| Brief description: Firearms - Remington Model 597 .22 LR; Rossie 243 Winchester; Ruger 10/22 Gardenia .22 LR; Smith & Wesson 15/22 Hpb 0785; Harrington & Richardson Model 088 20 Gauge; Harrington & Richardson Topper Model 88 410 Gauge 3 inch Full;<br>Line from *Schedule A/B*: 10 | $ 3,200.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 513.430. 1.(12) |
| Brief description: Clothing - Everyday clothing<br><br>Line from *Schedule A/B*: 11 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430 1.(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

**Fill in this information to identify your case:**

Debtor 1    Brian Wayne Buttry
First Name    Middle Name    Last Name

Debtor 2    Dana Michele Buttry
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 73,389.00 | $ 47,450.00 | $ 25,939.00 |

**2.1**

Ally Financial
Creditor's Name

P.O. Box 380901
Number        Street

Bloomington MN    55438
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
community debt**

**Date debt was incurred**  03-08-2023

Describe the property that secures the claim:

2023 Chevrolet Silverado - $47,450.00

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 1151

| 2.2 | | Describe the property that secures the claim: | $ 44,244.00 | $ 59,340.71 | $ 0.00 |
|---|---|---|---|---|---|

**Amegy Bank**
Creditor's Name

4400 Post Oak Pkwy
Number    Street

Houston TX    77027
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   09-29-2023

2023 Tracker TAH21500B - $59,340.71

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** 5266

---

| 2.3 | | Describe the property that secures the claim: | $ 72,805.00 | $ 65,000.00 | $ 7,805.00 |
|---|---|---|---|---|---|

**A Plus Federal Credit Union**
Creditor's Name

P.O. Box 14867
Number    Street

Austin TX    78761
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   _____

2017 Jayco Precept MH316L - $65,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**

---

| 2.4 | | Describe the property that secures the claim: | $ 20,233.00 | $ 21,700.00 | $ 0.00 |
|---|---|---|---|---|---|

**BMO Harris Bank**
Creditor's Name

111 W Monroe
Number    Street

Chicago IL    60603
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   04-19-2021

2018 Chevrolet Colorado - $21,700.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 0.00 | $ 57,995.00 | $ 0.00 |

GM Financial
Creditor's Name

P.O. Box 78143
Number          Street

Phoenix AZ      85062
City     State   ZIP Code

2024 Chevrolet Silverado 2500 HD - $57,995.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.6 | | Describe the property that secures the claim: | $ 51,150.00 | $ 43,900.00 | $ 7,250.00 |

Kubota Credit
Creditor's Name

1175 S Guild Ave
Number          Street

Lodi   CA   95240
City     State   ZIP Code

2024 Tractor - $43,900.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 08-23-2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 7794

---

| 2.7 | | Describe the property that secures the claim: | $ 13,098.80 | $ 0.00 | $ 13,098.80 |

Santander Consumer USA
Creditor's Name

P.O. Box 660633
Number          Street

Lehigh Valley PA   18002
City     State   ZIP Code

2005 Camper - $0.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Debtor 1 Brian Wayne Butler & Dana Michele Butler

| 2.8 | | Describe the property that secures the claim: | $ 14,979.00 | $ 0.00 | $ 14,979.00 |

Sheffield Financial
**Creditor's Name**

P.O. Box 849
**Number          Street**

Wilson NC      27894
**City      State      ZIP Code**

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 05-19-2022

Lawn Mower - $0.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 7100

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 289,898.80 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: |
|---|

Debtor 1    Brian Wayne Buttry
_____
First Name    Middle Name    Last Name

Debtor 2    Dana Michele Buttry
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)    _____

☐ Check if this is
an amended
filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
    ☑ **No. Go to Part 2.**
    ☐ **Yes.**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
    ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
    ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | 4-Horn Trench & Shoring | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Jason Judson, Registered Agent

Number        Street        **As of the date you file, the claim is:** Check all that apply.
8003 Red Bluff Road
☑ Contingent
☐ Unliquidated
Pasadena TX        77507        ☐ Disputed

City        State    ZIP Code
**Who owes the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only        ☐ Student loans
☐ Debtor 2 only        ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar
☐ **Check if this claim relates to a community**            debts
    **debt**        ☑ Other. Specify  Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.2 | Abatix Corp | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

Corporation Service Company

Number    Street
211 E. 7th Street, Ste. 620

Austin TX    78701

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

| 4.3 | Action Trucking Company | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

1306 East Anderson Road

Number    Street
Houston TX    77047

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

| 4.4 | AEO Synchrony Bank | Last 4 digits of account number  6115 | $ 0.00 |

**Nonpriority Creditor's Name**

P.O. Box 71711

Number    Street
Philadelphia PA    19176

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

| 4.5 | **Affirm Inc** | **Last 4 digits of account number** USTF | $ 151.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 04-04-2024

633 Folsom St Fl 7

Number    Street

San Francisco CA    94107

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Monies Loaned / Advanced

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.6 | **Agtek Development Co.** | **Last 4 digits of account number** | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Douglas C. Pittman

1309 Merlot

Number    Street

New Braunfels TX    78132

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.7 | **Allterra Central, Inc** | **Last 4 digits of account number** | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Robert Hempfling, Registered Agent

Number    Street

116 E. Huntland Drive

Austin TX    78752

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.8 | Alsina Forms Co., Inc. | | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|---|

**4.8** Alsina Forms Co., Inc.
Nonpriority Creditor's Name

Corporate Service Company

Number        Street
211 E. 7th Street, Ste. 620

Austin TX        78701

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number _____**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.9** American Fence Company
Nonpriority Creditor's Name

CT Corporation Systems

Number        Street
1999 Bryan Street, Ste. 900

Dallas TX        75201

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number _____**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.10** AmeriTex Pipe & Products LLC
Nonpriority Creditor's Name

Kenny J. Linsby, Registered Agent

Number        Street
3808 Candleite Court

Fort Worth TX        76109

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number _____**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

Debtor 1 Brian Wayne Byrd 4 Dana Michele Byrd Case number (if known)

| | |
|---|---|
| **4.11** | |

A Quality Trucking & Dirt Services
Nonpriority Creditor's Name

Mary Coleman

Number          Street
802 Texas Parkway. Ste 2-A

Stafford TX      77477

City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| | |
|---|---|
| **4.12** | |

Arcosa Stabilized Materials
Nonpriority Creditor's Name

CT Corporation System

Number          Street
1999 Bryan Street, Ste. 900

Dallas TX      75201

City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| | |
|---|---|
| **4.13** | |

Argos USA, LLC
Nonpriority Creditor's Name

Corporation Service Company

Number          Street
211 E. 7th Street, Ste. 620

Austin TX      78701

City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| 4.14 | Ashley Advantage | |
|---|---|---|

**Last 4 digits of account number**   0198      $ 3,303.00

Nonpriority Creditor's Name

**When was the debt incurred?**   10-23-2022

P.O. Box 71757

Number      Street

Philadelphia PA    19176

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.15 | Bayou Forming, Inc. | |
|---|---|---|

**Last 4 digits of account number**       $ 0.00

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Jim Sonti

Number      Street

1410 Wadsorth

Houston TX    77015

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.16 | Bee Line Ready Mix | |
|---|---|---|

**Last 4 digits of account number**       $ 0.00

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Paul Black

Number      Street

11201 State Highway 205

Lavon TX    75166

City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor Brian Wayne Bytheway & Dana Michele Bytheway Case number (if known)

| 4.17 | Bee Sand Company | | Last 4 digits of account number _____ | | $ 0.00 |

**Bee Sand Company**
Nonpriority Creditor's Name

Wesley W. Weldon

Number          Street
3123 Quail Valley East

Missouri City TX      77489
City          State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.18  Belknap Concrete Cutting & Drilling**
Nonpriority Creditor's Name

S. Cleve Gazaway

Number          Street
903 Solon

Houston TX      77064
City          State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.19  B & H Distributors**
Nonpriority Creditor's Name

Harry C. Hillhouse

Number          Street
12857 Kingsbridge Lane

Houston TX      77077
City          State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

Debtor 1   Brian Wayne Batla   & Papa Michele Batla
              First Name    Middle Name    Last Name

**4.20** Bigge Crane and Rigging Co. d/b/a Equipment
Co.

Nonpriority Creditor's Name

Corporation Service Company

Number      Street
211 E. 7th Street, Ste. 620

Austin TX     78701

City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

**4.21** Blade Funding

Nonpriority Creditor's Name

Michael I. Bernstein, PA

Number      Street
10800 Biscayne Blvd. Ste. 950

Miami FL     33101

City    State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ 215,721.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt UCC 23-0021646882

---

**4.22** BPI Materials

Nonpriority Creditor's Name

Martin Jackson

Number      Street
7601 Hwy 21 West

Bryan TX     77807

City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

**4.23**

| Brenntag North America, Inc. | Last 4 digits of account number _____ | $ 0.00 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |

Corporation Service Company

Number    Street
211 E. 7th Street, Ste. 620

Austin TX    78701

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.24**

| Cavett Turner & Wyble LLP | Last 4 digits of account number _____ | $ 0.00 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |

Clifford W. Cavett

Number    Street
2615 Calder, Ste. 400

Beaumont TX    77702

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.25**

| C & C Concrete and Finishing, Inc. d/b/a C &C | Last 4 digits of account number _____ | $ 0.00 |
| Nonpriority Creditor's Name | When was the debt incurred? _____ | |

Concrete Pumping

Kori Hall

Number    Street
15253 Hawk Lane

Holland TX    76534

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

| 4.26 | Cherry Tech | |
|---|---|---|

Nonpriority Creditor's Name

2261 Market Street #4869

Number          Street

San Francisco CA    94114

City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  7022

**When was the debt incurred?**  04-10-2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 1,211.00

| 4.27 | Chrysler Capital | |
|---|---|---|

Nonpriority Creditor's Name

P.O. Box 961278

Number          Street

Fort Worth TX    76161

City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  1000

**When was the debt incurred?**  01-10-2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

$ 49,508.00

| 4.28 | Cloud Fund, LLC d/b/a Delta Bridge Funding | |
|---|---|---|

Nonpriority Creditor's Name

Business Filings Incorporated

Number          Street

1200 South Pine Island Road

Fort Lauderdale FL    33301

City          State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt UCC 23-0008010569

$ 97,000.00

Debtor    Brian Wayne Byrd & Dana Michele Byrd
          First Name   Middle Name   Last Name

**4.29** | CMC Commerical Materials
Nonpriority Creditor's Name

Sandra Marisol Hernandez

Number        Street
2973 Clovis Avenue

Dallas TX      75233

City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.30** | Colgan Industries
Nonpriority Creditor's Name

Lance Fox

Number        Street
3535 Calder Avenue, Ste 310

Beaumont TX      77706

City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.31** | Concrete Contractors Supply of Texas
Nonpriority Creditor's Name

Leo A. Kissner

Number        Street
4265 San Filipe, Ste 500

Houston TX      77027

City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| 4.32 | Construction EcoServices II, Inc. | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Northwest Registered Agent

**As of the date you file, the claim is:** Check all that apply.

Number        Street
5900 Balcones Drive, Ste 100

☑ Contingent
☐ Unliquidated
☐ Disputed

Austin TX       78731

City     State   ZIP Code
**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.33 | Core & Main LP | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Corporate Service Company

**As of the date you file, the claim is:** Check all that apply.

Number        Street
211 E. 7th Street, Ste. 620

☑ Contingent
☐ Unliquidated
☐ Disputed

Austin TX       78701

City     State   ZIP Code
**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.34 | Creating Construction | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

808 Becker St.

**As of the date you file, the claim is:** Check all that apply.

Number        Street
Channelview TX       77530

☑ Contingent
☐ Unliquidated
☐ Disputed

City       State     ZIP Code
**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Brian Wayne Byrd & Dana Michele Byrd  Case number (if known)
First Name  Middle Name  Last Name

| 4.35 | Donald Pyburn | Last 4 digits of account number ____ | $ 485,583.00 |

**Donald Pyburn**
Nonpriority Creditor's Name

155 Windfair Loop
Number         Street
Montgomery TX    77316
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  UCC 22-0055829760

$ 485,583.00

---

| 4.36 | Eco Material Technologies | | $ 0.00 |

**Eco Material Technologies**
Nonpriority Creditor's Name

CT Corporation System
Number         Street
1999 Bryan Street, Ste. 900

Dallas TX    75201
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| 4.37 | Edgar Machinery Corp. | | $ 0.00 |

**Edgar Machinery Corp.**
Nonpriority Creditor's Name

7700 Romea St.
Number         Street
Houston TX    77028
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

Debtor Brian Wayne Bully & Dana Michele Bully
First Name Middle Name Last Name

Case number (if known)

---

**4.38**

Enterprise Commercial Paving
Nonpriority Creditor's Name

Jeffrey A. Young

Number       Street
13020 Donegal Way

Houston TX    77047
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.39**

Environmental Allies
Nonpriority Creditor's Name

Amanda Mayberry

Number       Street
9370 Windfern Road

Houston TX    77064
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.40**

Fire Main Solutions, LLC
Nonpriority Creditor's Name

Wayne Trivett

Number       Street
315 Magnolia Business Park Drive

Magnolia TX    77354
City    State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

Debtor 1   Brian Wayne Bailey & Dana Michele Bailey
           First Name   Middle Name   Last Name

Case number (if known) _____

**4.41** | First Citizen Bank & Trust
Nonpriority Creditor's Name

P.O. Box 856502
Number          Street
P.O. Box 856502

Minneapolis MN   55485
City        State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.42** | First Western Equipment Finance
Nonpriority Creditor's Name

1000 Prairie Center Drive
Number          Street
Eden Prairie MN   55344

City        State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.43** | Fortline Waterworks
Nonpriority Creditor's Name

Capitol Corporate Services, Inc.
Number          Street
1501 S. Mopac Expressway, Ste. 220

Austin TX   78746
City        State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

Debtor 1    Brian Wayne Bentley and Dana Michele Bentley
          First Name    Middle Name    Last Name                    Case number (if known) 25-60042-btr1

Case 25-60042-btr1    Doc 1    Filed 01/24/25    Entered 01/24/25 14:12:48    Desc Main
                              Document    Page 42 of 96

| 4.44 | Garcia Welding and Machining | | Last 4 digits of account number _____ | | | $ 0.00 |

**4.44** Garcia Welding and Machining
Nonpriority Creditor's Name

Freddy Garcia

Number    Street
1303 Elston St.

Houston TX    77034

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $ 0.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

**4.45** Global Material Solutions LLC
Nonpriority Creditor's Name

Jeremy C. Orellana

Number    Street
5059 W. Belfort Ave.

Houston TX    77035

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $ 0.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

**4.46** HD Supply White Cap
Nonpriority Creditor's Name

P.O. Box 4852

Number    Street
Orlando FL    32802

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____    $ 0.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

Debtor  Brian Wayne Bailey & Dana Michele Bailey
        First Name   Middle Name   Last Name                    Case number (if known)

| 4.47 | Heavy Machines, Inc. | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

**4.47**

Heavy Machines, Inc.
Nonpriority Creditor's Name

P.O. Box 306330
Number                   Street

Nashville TN        37230
City        State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**4.48**

Herc Rentals
Nonpriority Creditor's Name

CT Corporation System

289 S. Culver St.
Number                   Street

Lawrenceville TX        30046
City        State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**4.49**

Hilti Inc.
Nonpriority Creditor's Name

Prentice-Hall Corporation System, Inc.
Number                   Street

800 Brazos St. Ste. 750

Austin TX        78701
City        State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**4.50** | HM South Texas Concrete LLC

Nonpriority Creditor's Name

Corporation Services Company d/b/a CSC-

Number        Street

Lawyers Incorporating Service Co.

211 E. 7th Street, Ste. 620

Austin TX        78701

City        State        ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.51** | Holt CAT

Nonpriority Creditor's Name

Andrea H. Catania

Number        Street

3300 No. A Street, Building 2, Suite 220

Midland TX        79705

City        State        ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.52** | Hurricane Tool & Supply

Nonpriority Creditor's Name

Glenn Harper

Number        Street

4330 Center Street

Deer Park TX        77536

City        State        ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

| 4.53 | I & A Construction | | Last 4 digits of account number _____ | $ 0.00 |

**I & A Construction**
Nonpriority Creditor's Name

Irene Cardena

Number    Street
Route 20 Box 1038

Edinburg TX    78539
City    State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

| 4.54 | Industrial Fabrics, Inc. | | | $ 0.00 |

**Industrial Fabrics, Inc.**
Nonpriority Creditor's Name

CT Corporation System

Number    Street
1999 Bryan St., Ste. 900

Dallas TX    75201
City    State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

| 4.55 | Instafunders LLC | | | $ 102,656.00 |

**Instafunders LLC**
Nonpriority Creditor's Name

Tzvi H. Pershin

Number    Street
1019 Kane Concourse, 202-A

Miami FL    33101
City    State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 102,656.00

---

| 4.56 | Kelso Concrete Co. | | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|---|

**Kelso Concrete Co.**
Nonpriority Creditor's Name

John W. Kelso

Number      Street
7225 Harborside

Galveston TX      77554

City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

| 4.57 | LHoist North America of Texas, Ltd | | | $ 0.00 |
|---|---|---|---|---|

**LHoist North America of Texas, Ltd**
Nonpriority Creditor's Name

The Prentice-Hall Corporation System, Inc.

Number      Street
211 E. 7th Street, Ste. 620

Austin TX      78701

City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

| 4.58 | Libertas Funding | | | $ 960,765.00 |
|---|---|---|---|---|

**Libertas Funding**
Nonpriority Creditor's Name

Corporation Service Company

Number      Street
1201 Hays Street

Tallahassee FL      32301

City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 960,765.00

| 4.59 | Martin Marietta Materials | Last 4 digits of account number _____ | $ 0.00 |
|------|---------------------------|------------------------------------------|--------|

**4.59** Martin Marietta Materials
Nonpriority Creditor's Name

CT Corporation System
Number      Street
350 N. St. Paul Street

Dallas TX    75201
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.60** Master Curb LLC
Nonpriority Creditor's Name

Mrs. Ana Garcia
Number      Street
17916 Arbor Oaks Circle

New Caney TX    77357
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.61** Merchants Bonding Company
Nonpriority Creditor's Name

Larry Taylor
Number      Street
6700 Westown Parkway

West Des Moines MN    50264
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

| 4.62 | Montana Nelson Ready Mix, LLC | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

Montana Nelson

Number    Street
911 E. Church St.

Livingston TX    77351

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| 4.63 | M Surety Services LLC | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

Justin McQuain

Number    Street
39 Juniper Grove Place

Spring TX    77382

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

---

| 4.64 | Mustang Cat | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

Chris Staff

Number    Street
1506 CR 169

Garwood TX    77442

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

| 4.65 | Mustang Rental Services | | $ 0.00 |
|------|------------------------|---|--------|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

Jerry M. Young

Number    Street
12800 Northwest Freeway

Houston TX    77040

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.66 | Oakstar Bank | | $ 6,671.00 |
|------|--------------|---|-----------|

**Last 4 digits of account number** 9039

**When was the debt incurred?** 08-03-2023

Nonpriority Creditor's Name

1020 East Battlefield

Number    Street
Springfield MO    65807

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.67 | Oakstar Bank | | $ 8,843.00 |
|------|--------------|---|-----------|

**Last 4 digits of account number** 9851

**When was the debt incurred?** 11-10-2023

Nonpriority Creditor's Name

1020 E. Battlefield

Number    Street
Springfield MO    65807

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1    Brian Wayne Bixby                   Case 25-60042-btr    Doc 1    Filed 01/24/25    Entered 01/24/25 14:12:43    Desc Main
         First Name    Middle Name    Last Name
Debtor 2    Dana Michele Bixby                          Document           Page 50 of 96
         First Name    Middle Name    Last Name

Case number (if known)

| 4.68 | Ox Heavy Haul LLC | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Dillion Goggin

Number          Street

**As of the date you file, the claim is:** Check all that apply.

130 Biltmore Loop

☑ Contingent
☐ Unliquidated
☐ Disputed

Montgomery TX      77316

City        State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.69 | Park USA | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Gary R. Rice

Number          Street

**As of the date you file, the claim is:** Check all that apply.

2828 Routh Street, Suite 400

☑ Contingent
☐ Unliquidated
☐ Disputed

Dallas TX      75201

City        State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.

☐ Student loans

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.70 | Ram Tool Construction Supply Co. | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

P.O. Box 743487

Number          Street

**As of the date you file, the claim is:** Check all that apply.

Atlanta GA      30374

City        State    ZIP Code

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  Brian Wayne Bailey & Dana Michele Bailey
        First Name    Middle Name    Last Name

**4.71** | R & A Road Boring, LLC
Nonpriority Creditor's Name

Celerino Sanchez

Number          Street
11450 Hirsch Rd.

Houston TX      77016

City      State    ZIP Code
**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.72** | Ritz Safety
Nonpriority Creditor's Name

Corporation Service Company dba CSC-

Number          Street
Lawyers Incorporating Services Co.

211 E. 7th Street, Suite 620

Austin TX      78701

City      State    ZIP Code
**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.73** | RME Concrete Pumpers Inc.
Nonpriority Creditor's Name

Sharon Demczak

Number          Street
11455 Queenboro Ct.

Montgomery TX      77316

City      State    ZIP Code
**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

| 4.74 | Rock Solid Precast, LP | | Last 4 digits of account number _____ | $ 0.00 |

**4.74** Rock Solid Precast, LP
Nonpriority Creditor's Name

Bryan Saunders

Number    Street
11393 Sleepy Hollow Road

Spring TX    77387

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.75** SitePro Rentals, Inc.
Nonpriority Creditor's Name

Cheryl M. Gosch

Number    Street
5949 Sherry Lane, Suite 1900

Dallas TX    75225

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.76** Skyblack Rentals
Nonpriority Creditor's Name

14029 East Fwy

Number    Street
Houston TX    77015

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

| 4.77 | Slate Advance | Last 4 digits of account number ___ ___ ___ ___ | $ 221,495.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

15 America Avenue, Ste. 3

Number          Street

Lakewood NJ     08701

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

| 4.78 | Southern Carlson | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

CSC of Stephens County, Inc.

Number          Street

597 Big A Road

Toccoa TX     30577

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

| 4.79 | Speed Printing & Office Supply | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

Thomas F Braaten Jr.

Number          Street

393 Greens Rd.

Houston TX     77060

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

Debtor 1   Brian Wayne Byrd ___ Papa Michele Byrd ___ Case number (if known) ___

**4.80** SpringyCy 2, LLC

Nonpriority Creditor's Name

John Ethan Currier

Number          Street
12777 Jones Rd., Ste. 165

Houston TX      77070

City       State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.81** SRM Concrete

Nonpriority Creditor's Name

J.D. Kious

Number          Street
1000 Hollingshed Circle

Murfreesboro TX   37129

City       State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

---

**4.82** Summit Equipment Company, LLC

Nonpriority Creditor's Name

Michael K. Otis

Number          Street
11339 Cutten Rd.

Houston TX      77066

City       State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

$ 0.00

| 4.83 | Sunbelt Rentals | | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

P.O. Box 409211

Number    Street

Atlanta GA    30384

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.84 | Sunstate Equipment Co. | | Last 4 digits of account number _____ | $ 0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

CT Corporation

1999 Bryan Street, Ste. 900

Number    Street

Dallas TX    75201

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

---

| 4.85 | Syncb/CareCredit | | Last 4 digits of account number  8215 | $ 3,043.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 01-08-2019

P.O. Box 981439

Number    Street

El Paso TX    79998

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Debtor   Brian Wayne Bailey & Dana Michele Bailey
         First Name   Middle Name   Last Name

| 4.86 | Synchrony Bank | | Last 4 digits of account number _____ | | $ 0.00 |
| | Nonpriority Creditor's Name | | When was the debt incurred? _____ | | |

**Synchrony Bank**
Nonpriority Creditor's Name

P.O. Box 669805
Number          Street

Dallas TX      75266
City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

| 4.87 | Target |

**Target**
Nonpriority Creditor's Name

P.O. Box 673
Number          Street

Minneapolis MN   55440
City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1860

When was the debt incurred?  07-20-2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 296.00

---

| 4.88 | Texas State Rentals |

**Texas State Rentals**
Nonpriority Creditor's Name

20228 Schiel Rd.
Number          Street

Cypress TX      77433
City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

| 4.89 | Third Coast Bank | | $ 4,135,696.00 |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

20202 Highway 59

Number    Street

Humble TX    77338

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   UCC 22-0054435287

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.90 | Trinity Excavators, LLC and TE Construction | | $ Unknown |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** 09/2023

Nonpriority Creditor's Name

Group, LLC

28803 Comal River St.

Number    Street

Spring TX    77386

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Brian Buttry - Trinity; Dana & Brian - TE Construction

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.91 | United Rentals | | $ 0.00 |
|---|---|---|---|

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Nonpriority Creditor's Name

Corporation Service Company

Number    Street

211 E. 7th Street, Ste. 620

Austin TX    78701

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.92 | US Bank | Last 4 digits of account number | $ 7,373.00 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  10/2018

P.O. Box 108

Number    Street

Saint Louis MO    63166

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.93 | Verizon Wireless | Last 4 digits of account number | $ 0.00 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  _____

500 Technology Dr., Ste. 550

Number    Street

Weldon Spring MO    63304

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Telephone / Internet services

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.94 | Vulcan Materials Company | Last 4 digits of account number | $ 0.00 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

When was the debt incurred?  _____

CT Corporation System

Number    Street

1999 Bryan Street, Ste. 900

Dallas TX    75201

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Stibbs & Co., P.C.
_____
Creditor's Name

Kelly D. Clark
_____
Number        Street
831 Crossbridge Drive
_____

Spring TX      77373
_____
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.35 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Trinity Excavators, LLC
_____
Creditor's Name

28803 Comal River Ct.
_____
Number        Street
Spring TX      77386
_____
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.12 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 6,299,315.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 6,299,315.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Brian Wayne Buttry |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Dana Michele Buttry |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

---

**Fill in this information to identify your case:**

Debtor 1 _Brian Wayne Buttry_
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2 _Dana Michele Buttry_
(Spouse, if filing) First Name　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the: Western District of Missouri

Case number _____
(if know)

☐ Check if this is
an amended
filing

---

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** Trinity Excavators, LLC <br> Name <br> 28803 Comal River St. <br> Street <br> Spring　　　　TX　77386 <br> City　　State　ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line _4.90_ <br> ☐ Schedule G, line ____ |
| **3.2** Taylor Michele Buttry <br> Name <br> 260 W. Erin Circle <br> Street <br> Bolivar　　　　MO　65613 <br> City　　State　ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line _4.67_ <br> ☐ Schedule G, line ____ |
| **3.3** Taylor Michele Buttry <br> Name <br> 260 W. Erin Circle <br> Street <br> Bolivar　　　　MO　65613 <br> City　　State　ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line _4.66_ <br> ☐ Schedule G, line ____ |
| **3.4** Trinity Excavators, LLC <br> Name <br> 28803 Comal River Ct. <br> Street <br> Spring　　　　TX　77386 <br> City　　State　ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line _4.21_ <br> ☐ Schedule G, line ____ |

| 3.5 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.10 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.6 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.11 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.7 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.29 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.8 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.44 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.9 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.45 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.10 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.46 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.11 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.52 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.12 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.53 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.13 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.64 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring    TX    77386 | |
| | City    State    ZIP Code | |

| 3.14 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.75 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.15 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.78 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.16 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.1 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.17 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.2 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.18 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.8 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.19 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.13 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.20 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.28 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.21 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.37 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.22 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|------|------------------------|---------------------------|
|      | Name | ☑ Schedule E/F, line 4.3 |
|      | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
|      | Street | |
|      | Spring                    TX    77386 | |
|      | City            State    ZIP Code | |

| 3.23 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.6 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.24 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.7 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.25 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.24 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.26 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.30 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.27 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.32 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.28 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.38 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.29 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.42 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.30 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.49 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

| 3.31 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.61 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring               TX      77386 | |
| | City        State    ZIP Code | |

Debtor   Brian Wayne Bailey & Dana Michele Bailey     Case 25-60042     Desc Main
         First Name    Middle Name    Last Name                                                     Case number (if known)

Case 25-60042   Doc 1   Filed 01/24/25   Entered 01/24/25 14:12:43   Desc Main
                Document     Page 65 of 96

| 3.32 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.63 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.33 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.73 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.34 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.80 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.35 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.9 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.36 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.33 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.37 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.69 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.38 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.79 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.39 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.15 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

| 3.40 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.23 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring                    TX      77386 | |
| | City             State   ZIP Code | |

Debtor   Brian Wayne Batty & Dana Michele Batty
         First Name   Middle Name   Last Name

| 3.41 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.43 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.42 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.51 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.43 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.94 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.44 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.16 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.45 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.18 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.46 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.17 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.47 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.22 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.48 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.34 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.49 | Trinity Excavators, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.36 |
| | 28803 Comal River Ct. | ☐ Schedule G, line _____ |
| | Street | |
| | Spring                    TX        77386 | |
| | City              State   ZIP Code | |

| 3.50 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.41 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.51 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.47 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.52 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.50 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.53 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.54 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.54 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.60 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.55 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.65 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.56 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.70 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.57 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.76 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.58 | Trinity Excavators, LLC | | ☐ Schedule D, line _____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.81 |
| | 28803 Comal River Ct. | | ☐ Schedule G, line _____ |
| | Street | | |
| | Spring | TX   77386 | |
| | City | State   ZIP Code | |

| 3.59 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.88 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.60 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.19 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.61 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.62 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.62 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.71 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.63 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.77 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.64 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.65 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.39 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.66 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.48 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.67 | Trinity Excavators, LLC | ☐ Schedule D, line ____ |
|------|------|------|
| | Name | ☑ Schedule E/F, line 4.83 |
| | 28803 Comal River Ct. | ☐ Schedule G, line ____ |
| | Street | |
| | Spring TX 77386 | |
| | City State ZIP Code | |

| 3.68 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.91 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.69 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.25 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.70 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.82 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.71 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.31 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.72 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.40 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.73 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.68 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.74 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.72 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.75 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.74 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.76 | Trinity Excavators, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.86 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.77 | Donald Pyburn | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.91 |
| | 155 Windfair Loop | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Montgomery | TX | 77316 | |
| | City | State | ZIP Code | |

| 3.78 | Trinity Excavators, LLC | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.55 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.79 | Trinity Excavators, LLC | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.57 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.80 | Trinity Excavators, LLC | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.56 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.81 | Trinity Excavators, LLC | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.58 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

| 3.82 | Trinity Excavators, LLC | | | ☐ Schedule D, line ___ |
| | Name | | | ☑ Schedule E/F, line 4.59 |
| | 28803 Comal River Ct. | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Spring | TX | 77386 | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Brian Wayne Buttry
            _____
            First Name         Middle Name          Last Name

Debtor 2    Dana Michele Buttry
(Spouse, if filing)  _____
            First Name         Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number  _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  income as of the following date:

  _____
  MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | President/Owner | CFO/Owner |
| | **Employer's name** | TE Construction Group, LLC | TE Construction Group, LLC |
| | **Employer's address** | 28803 Comal River Ct.<br>Number   Street | 28803 Comal River Ct.<br>Number   Street |
| | | Spring, TX 77386<br>City          State   ZIP Code | Spring, TX 77386<br>City          State   ZIP Code |
| | **How long employed there?** | 3 years | 2 years |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 12,500.02 | $ 7,083.35 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 12,500.02 | $ 7,083.35 |

Debtor 1    Brian Wayne Buttry & Dana Michele Buttry
First Name    Middle Name    Last Name

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here...........................................................→ 4. | $ 12,500.02 | $ 7,083.35 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2,347.28 | $ 1,061.88 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + $ 0.00 | + $ 0.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

| | | | |
|---|---|---|---|
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,347.28 | $ 1,061.88 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 10,152.74 | $ 6,021.47 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: See continuation page attached | 8h. + $ 1,828.88 | + $ 440.56 |

| | | | |
|---|---|---|---|
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,828.88 | $ 440.56 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 11,981.62 + $ 6,462.03 = | $ 18,443.65 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 18,443.65

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

Debtor 1    Brian Wayne Buttry & Dana Michele Buttry                    Case number (if known)_____

First Name        Middle Name        Last Name

### Continuation Sheet for Official Form 106I

8h. Other Monthly Income:
Business Reimbursement ((fuel, material, motels on jobsite) (Debtor) $1,828.88
Business Reimbursement ( tolls, gas, internet, Drop Box, Raken, Fedex) (Joint Debtor) $440.56

**Fill in this information to identify your case:**

Debtor 1    Brian Wayne Buttry
_____
First Name          Middle Name          Last Name

Debtor 2    Dana Michele Buttry
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    Western District of Missouri

(State)

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   ☐ Yes. Fill out this information for each dependent..........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,183.40 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 291.38 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| Debtor 1 | Brian Wayne Buttry & Dana Michele Buttry | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | **Your expenses** |
|---|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans      5.   $ _____ 0.00

6. **Utilities:**

    6a.   Electricity, heat, natural gas      6a.   $ _____ 305.81

    6b.   Water, sewer, garbage collection      6b.   $ _____ 40.00

    6c.   Telephone, cell phone, Internet, satellite, and cable services      6c.   $ _____ 599.93

    6d.   Other. Specify: _____      6d.   $ _____ 0.00

7. **Food and housekeeping supplies**      7.   $ _____ 1,200.00

8. **Childcare and children's education costs**      8.   $ _____ 0.00

9. **Clothing, laundry, and dry cleaning**      9.   $ _____ 125.00

10. **Personal care products and services**      10.   $ _____ 165.00

11. **Medical and dental expenses**      11.   $ _____ 415.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.      12.   $ _____ 215.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13.   $ _____ 0.00

14. **Charitable contributions and religious donations**      14.   $ _____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance      15a.   $ _____ 181.80

    15b.   Health insurance      15b.   $ _____ 0.00

    15c.   Vehicle insurance      15c.   $ _____ 374.29

    15d.   Other insurance. Specify: _____      15d.   $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____      16.   $ _____ 0.00

17. **Installment or lease payments:**

    17a.   Car payments for Vehicle 1      17a.   $ _____ 543.00

    17b.   Car payments for Vehicle 2      17b.   $ _____ 543.00

    17c.   Other. Specify: _____      17c.   $ _____ 0.00

    17d.   Other. Specify: _____      17d.   $ _____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**      18.   $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____      19.   $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.   Mortgages on other property      20a.   $ _____ 0.00

    20b.   Real estate taxes      20b.   $ _____ 0.00

    20c.   Property, homeowner's, or renter's insurance      20c.   $ _____ 0.00

    20d.   Maintenance, repair, and upkeep expenses      20d.   $ _____ 0.00

    20e.   Homeowner's association or condominium dues      20e.   $ _____ 0.00

Debtor 1    Brian Wayne Buttry

First Name    Middle Name    Last Name

Case number (if known)_____

21. **Other**. Specify: Business Expenses - Brian

Business Expenses - Dana

| | | |
|---|---|---|
| 21. | **+** $ | 1,828.88 |
| | **+** $ | 440.56 |
| | **+** $ | |

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

and 22b. The result is your monthly expenses.

| | | |
|---|---|---|
| 22a. | $ | 8,452.05 |
| 22b. | $ | |
| 22c. | $ | 8,452.05 |

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23b. Copy your monthly expenses from line 22c above.

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

| | | |
|---|---|---|
| 23a. | $ | 18,443.65 |
| 23b. | **−** $ | 8,452.05 |
| 23c. | $ | 9,991.60 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1 ___Brian Wayne Buttry___
First Name      Middle Name      Last Name

Debtor 2 ___Dana Michele Buttry___
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the Western District of Missouri

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Brian Wayne Buttry                     ✖  /s/ Dana Michele Buttry
Signature of Debtor 1                              Signature of Debtor 2

Date 01/24/2025                                      Date 01/24/2025
MM / DD / YYYY                                        MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1       Brian Wayne Buttry
               First Name        Middle Name        Last Name

Debtor 2       Dana Michele Buttry
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2:     Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 4,685.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 2,778.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 132,692.28 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 75,192.23 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 123,566.89 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 69,720.04 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

Debtor ___Brian Wayne Buttry & Dana Michele Buttry___   Case number *(if known)* _____
  First Name   Middle Name   Last Name

---

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

---

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No.
☐ Yes. List all payments that benefited an insider.

---

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Alsina Forms Company, Inc. vs. Trinity Excavators, LLC, Brian Buttry and Shelli Buttry<br>Case number: 2024-47385 | Date filed: 07/26/2024 | Harris County 190th District Court<br>Court Name<br>201 Caroline St. 11th Floor<br>Number   Street<br>Houston TX   77002<br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Case title:<br>DSO Construction, LLC vs.<br>Trinity Excavators, LLC and<br>Brian Buttry<br>Case number: <u>2023-51467</u> | Settlement Agreement; Date filed: 08/23/2024 | Harris County 151st Judicial Court<br>Court Name<br>201 Caroline St. 11th Floor<br>Number    Street<br>Houston TX    77002<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Refugio Penaloza Ibarra v.<br>Trinity Excavators, LLC., Brian<br>Buttry, and Shelly Buttry<br>Case number: <u>2024-64522</u> | ; Date filed: 09/18/2024 | Harris County 215th District Court<br>Court Name<br>201 Caroline St., Ste. 1330<br>Number    Street<br>Houston TX    77002<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Enterprise Commercial Paving,<br>Inc. v. Trinity Excavators, LLC.,<br>Brian Buttry, and Shelly Buttry<br>Case number: <u>2024-20656</u> | ; Date filed: 04/02/2024 | Harris County 151st District Court<br>Court Name<br>201 Caroline St., 11th Floor<br>Number    Street<br>Houston TX    77002<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Herc Rentals, Inc. vs. Trinity<br>Excavators, LLC., Markel<br>Insurance Company, Zeuscon,<br>and Brian Buttry<br>Case number: <u>CV24-01-1085</u> | ; Date filed: 04/30/2024 | County Court At Law No. 2 Waller County,<br>Court Name<br>Texas<br>836 Austin St., Room 216<br>Number    Street<br>Hempstead TX    77445<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
  Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Third Coast Bank<br>Creditor's Name<br>20202 Highway 59<br>Number    Street<br>Humble TX    77338<br>City    State    ZIP Code | 3121 S. 205th Rd., Half Way, MO 65663<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | <u>07/2024</u> | $ <u>636,000.00</u> |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

Debtor    <u>Brian Wayne Buttry & Dana Michele Buttry</u>    Case number *(if known)* _____

    First Name    Middle Name    Last Name

---

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details for each gift or contribution.

---

| **Part 6:** | **List Certain Losses** |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details.

---

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| <u>Sader Law Firm</u><br>Person Who Was Paid<br><br><u>2345 Grand Blvd., Suite 2150</u><br>Number    Street<br>Kansas City MO    64108<br>City    State    ZIP Code<br><br>Email or website address<br><u>Debtors' Son, Cole Buttry, Paid $18,891.00</u><br>Person Who Made the Payment, if Not You | $25,000.00 attorney fees; $1,843.00 non-attorney fees ($57.00 Credit Report, $48.00 Credit Counseling, $1,738.00 Filing Fee) | <u>1/16/2025</u> | $ <u>26,843.00</u><br>$ ___ |

---

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No

☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No

☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No

☐ Yes. Fill in the details.

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No

☐ Yes. Fill in the details.

---

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No

☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Buttry Cattle Co. LLC | Wagyu Farm (Zachary Buttry 33.3%, Cole Buttry 33.3 % and Brian Buttry 33.3%) | **Do not include Social Security number or ITIN.** |
| Business Name | | |
| 3121 South 205th Rd. | **Name of accountant or bookkeeper** | EIN: 8 6 – 1 2 2 7 3 7 1 |
| Number      Street | | **Dates business existed** |
| Half Way MO    65663 | | |
| City    State    ZIP Code | | From 12/23/2020  To Current |

Debtor    Brian Wayne Buttry & Dana Michele Buttry    Case number*(if known)* _____

First Name    Middle Name    Last Name

---

Trinity Excavators

Business Name

13626 Poplar Circle

Number          Street

Ste. 501

Conroe TX        77304

City      State      ZIP Code

**Describe the nature of the business**

Mass Excavating (Brian Buttry 100%)

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: 4  7  – 3  6  7  2  9  0

**Dates business existed**

From 03/04/2015  To  Current

---

TE Construction Group

Business Name

28803 Comal River St.

Number          Street

Spring TX        77386

City      State      ZIP Code

**Describe the nature of the business**

Construction Services (Dana Buttry 51%, Brian Buttry 49%)

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: 8  7  – 2  4  9  1  2  5  2

**Dates business existed**

From 09/01/2021  To  Current

---

**28.Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor  _Brian Wayne Buttry & Dana Michele Buttry_          Case number *(if known)* _____
 First Name    Middle Name    Last Name

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Brian Wayne Buttry                          ✖ /s/ Dana Michele Buttry
Signature of Debtor 1                                Signature of Debtor 2

Date  01/24/2025                                   Date  01/24/2025

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach the Bankruptcy Petition Preparer's Notice,
                                                         Declaration, and Signature (Official Form 119).

---

Fill in this information to identify your case:

Debtor 1 __Brian Wayne Buttry_____
First Name          Middle Name          Last Name

Debtor 2 __Dana Michele Buttry_____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Missouri

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income          12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 13,028.85 | $ 6,674.68 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here ➔ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here ➔ | $ 0.00 | $ 0.00 |

Debtor 1    **Brian Wayne Buttry**

First Name    Middle Name    Last Name

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

**7. Interest, dividends, and royalties**

$ 0.00    $ 0.00

**8. Unemployment compensation**

$ 0.00    $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................. ↓

For you ................................................ $ _____

For your spouse ................................... $ _____

**9.** Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ 0.00

**10.** **Income from all other sources not listed above.** Specify the source and amount.

Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 304.81    $ 0.00

Business Reimbursement ((fuel, material, motels on jobsite)

$ 0.00    $ 73.43

Business Reimbursement ( tolls, gas, internet, Drop Box, Raken, Fedex

+ $ 0.00    + $ 0.00

Total amounts from separate pages, if any.

$ 13,333.66    **+**    $ 6,748.11    **=**    $ 20,081.77

**Total current monthly income**

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ /s/ Brian Wayne Buttry _____

Signature of Debtor 1

01/24/2025

Date _____

MM / DD / YYYY

✗ /s/ Dana Michele Buttry _____

Signature of Debtor 2

01/24/2025

Date _____

MM / DD / YYYY

4-Horn Trench & Shoring
Jason Judson, Registered Agent
8003 Red Bluff Road
Pasadena, TX 77507

A Plus Federal Credit Union
P.O. Box 14867
Austin, TX 78761

A Quality Trucking & Dirt Services
Mary Coleman
802 Texas Parkway. Ste 2-A
Stafford, TX 77477

Abatix Corp
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

Action Trucking Company
1306 East Anderson Road
Houston, TX 77047

AEO Synchrony Bank
P.O. Box 71711
Philadelphia, PA 19176

Affirm Inc
633 Folsom St Fl 7
San Francisco, CA 94107

Agtek Development Co.
Douglas C. Pittman
1309 Merlot
New Braunfels, TX 78132

Allterra Central, Inc
Robert Hempfling, Registered Agent
116 E. Huntland Drive
Austin, TX 78752

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Alsina Forms Co., Inc.
Corporate Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

Amegy Bank
4400 Post Oak Pkwy
Houston, TX 77027

American Fence Company
CT Corporation Systems
1999 Bryan Street, Ste. 900
Dallas, TX 75201

AmeriTex Pipe & Products LLC
Kenny J. Linsby, Registered Agent
3808 Candleite Court
Fort Worth, TX 76109

Arcosa Stabilized Materials
CT Corporation System
1999 Bryan Street, Ste. 900
Dallas, TX 75201

Argos USA, LLC
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

Ashley Advantage
P.O. Box 71757
Philadelphia, PA 19176

Attorney General, Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

B & H Distributors
Harry C. Hillhouse
12857 Kingsbridge Lane
Houston, TX 77077

Bayou Forming, Inc.
Jim Sonti
1410 Wadsorth
Houston, TX 77015

Bee Line Ready Mix
Paul Black
11201 State Highway 205
Lavon, TX 75166

Bee Sand Company
Wesley W. Weldon
3123 Quail Valley East
Missouri City, TX 77489

Belknap Concrete Cutting & Drilling
S. Cleve Gazaway
903 Solon
Houston, TX 77064

Bigge Crane and Rigging Co. d/b/a Equipment C
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

Blade Funding
Michael I. Bernstein, PA
10800 Biscayne Blvd. Ste. 950
Miami, FL 33101

BMO Harris Bank
111 W Monroe
Chicago, IL 60603

BPI Materials
Martin Jackson
7601 Hwy 21 West
Bryan, TX 77807

Brenntag North America, Inc.
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

C & C Concrete and Finishing, Inc. d/b/a C &C
Kori Hall
15253 Hawk Lane
Holland, TX 76534

Cavett Turner & Wyble LLP
Clifford W. Cavett
2615 Calder, Ste. 400
Beaumont, TX 77702

Cherry Tech
2261 Market Street #4869
San Francisco, CA 94114

Chrysler Capital
P.O. Box 961278
Fort Worth, TX 76161

Cloud Fund, LLC d/b/a Delta Bridge Funding
Business Filings Incorporated
1200 South Pine Island Road
Fort Lauderdale, FL 33301

CMC Commerical Materials
Sandra Marisol Hernandez
2973 Clovis Avenue
Dallas, TX 75233

Colgan Industries
Lance Fox
3535 Calder Avenue, Ste 310
Beaumont, TX 77706

Concrete Contractors Supply of Texas
Leo A. Kissner
4265 San Filipe, Ste 500
Houston, TX 77027

Construction EcoServices II, Inc.
Northwest Registered Agent
5900 Balcones Drive, Ste 100
Austin, TX 78731

Core & Main LP
Corporate Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

Creating Construction
808 Becker St.
Channelview, TX 77530

Donald Pyburn
155 Windfair Loop
Montgomery, TX 77316

Eco Material Technologies
CT Corporation System
1999 Bryan Street, Ste. 900
Dallas, TX 75201

Edgar Machinery Corp.
7700 Romea St.
Houston, TX 77028

Enterprise Commercial Paving
Jeffrey A. Young
13020 Donegal Way
Houston, TX 77047

Environmental Allies
Amanda Mayberry
9370 Windfern Road
Houston, TX 77064

Fire Main Solutions, LLC
Wayne Trivett
315 Magnolia Business Park Drive
Magnolia, TX 77354

First Citizen Bank & Trust
P.O. Box 856502
P.O. Box 856502
Minneapolis, MN 55485

First Western Equipment Finance
1000 Prairie Center Drive
Eden Prairie, MN 55344

Fortline Waterworks
Capitol Corporate Services, Inc.
1501 S. Mopac Expressway, Ste. 220
Austin, TX 78746

Garcia Welding and Machining
Freddy Garcia
1303 Elston St.
Houston, TX 77034

Global Material Solutions LLC
Jeremy C. Orellana
5059 W. Belfort Ave.
Houston, TX 77035

GM Financial
P.O. Box 78143
Phoenix, AZ 85062

HD Supply White Cap
P.O. Box 4852
Orlando, FL 32802

Heavy Machines, Inc.
P.O. Box 306330
Nashville, TN 37230

Herc Rentals
CT Corporation System
289 S. Culver St.
Lawrenceville, TX 30046

Hilti Inc.
Prentice-Hall Corporation System, Inc.
800 Brazos St. Ste. 750
Austin, TX 78701

HM South Texas Concrete LLC
Corporation Services Company d/b/a CSC-L
211 E. 7th Street, Ste. 620
Austin, TX 78701

Holt CAT
Andrea H. Catania
3300 No. A Street, Building 2, Suite 220
Midland, TX 79705

Hurricane Tool & Supply
Glenn Harper
4330 Center Street
Deer Park, TX 77536

I & A Construction
Irene Cardena
Route 20 Box 1038
Edinburg, TX 78539

Industrial Fabrics, Inc.
CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201

Instafunders LLC
Tzvi H. Pershin
1019 Kane Concourse, 202-A
Miami, FL 33101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19255

Kelso Concrete Co.
John W. Kelso
7225 Harborside
Galveston, TX 77554

Kubota Credit
1175 S Guild Ave
Lodi, CA 95240

LHoist North America of Texas, Ltd
The Prentice-Hall Corporation System, In
211 E. 7th Street, Ste. 620
Austin, TX 78701

Libertas Funding
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

M Surety Services LLC
Justin McQuain
39 Juniper Grove Place
Spring, TX 77382

Martin Marietta Materials
CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

Master Curb LLC
Mrs. Ana Garcia
17916 Arbor Oaks Circle
New Caney, TX 77357

Merchants Bonding Company
Larry Taylor
6700 Westown Parkway
West Des Moines, MN 50264

Montana Nelson Ready Mix, LLC
Montana Nelson
911 E. Church St.
Livingston, TX 77351

Mustang Cat
Chris Staff
1506 CR 169
Garwood, TX 77442

Mustang Rental Services
Jerry M. Young
12800 Northwest Freeway
Houston, TX 77040

Oakstar Bank
1020 East Battlefield
Springfield, MO 65807

Oakstar Bank
1020 E. Battlefield
Springfield, MO 65807

Office of the United States Trustee
400 E 9th Street
Room 3440
Kansas City, MO 64106

Ox Heavy Haul LLC
Dillion Goggin
130 Biltmore Loop
Montgomery, TX 77316

Park USA
Gary R. Rice
2828 Routh Street, Suite 400
Dallas, TX 75201

R & A Road Boring, LLC
Celerino Sanchez
11450 Hirsch Rd.
Houston, TX 77016

Ram Tool Construction Supply Co.
P.O. Box 743487
Atlanta, GA 30374

Ritz Safety
Corporation Service Company dba CSC-Lawy
211 E. 7th Street, Suite 620
Austin, TX 78701

RME Concrete Pumpers Inc.
Sharon Demczak
11455 Queenboro Ct.
Montgomery, TX 77316

Rock Solid Precast, LP
Bryan Saunders
11393 Sleepy Hollow Road
Spring, TX 77387

Santander Consumer USA
P.O. Box 660633
Lehigh Valley, PA 18002

Sheffield Financial
P.O. Box 849
Wilson, NC 27894

SitePro Rentals, Inc.
Cheryl M. Gosch
5949 Sherry Lane, Suite 1900
Dallas, TX 75225

Skyblack Rentals
14029 East Fwy
Houston, TX 77015

Slate Advance
15 America Avenue, Ste. 3
Lakewood, NJ 08701

Southern Carlson
CSC of Stephens County, Inc.
597 Big A Road
Toccoa, TX 30577

Speed Printing & Office Supply
Thomas F Braaten Jr.
393 Greens Rd.
Houston, TX 77060

SpringyCy 2, LLC
John Ethan Currier
12777 Jones Rd., Ste. 165
Houston, TX 77070

SRM Concrete
J.D. Kious
1000 Hollingshed Circle
Murfreesboro, TX 37129

Stibbs & Co., P.C.
Kelly D. Clark
831 Crossbridge Drive
Spring, TX 77373

Summit Equipment Company, LLC
Michael K. Otis
11339 Cutten Rd.
Houston, TX 77066

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Sunstate Equipment Co.
CT Corporation
1999 Bryan Street, Ste. 900
Dallas, TX 75201

Syncb/CareCredit
P.O. Box 981439
El Paso, TX 79998

Synchrony Bank
P.O. Box 669805
Dallas, TX 75266

Target
P.O. Box 673
Minneapolis, MN 55440

Taylor Michele Buttry
260 W. Erin Circle
Bolivar, MO 65613

Texas State Rentals
20228 Schiel Rd.
Cypress, TX 77433

Third Coast Bank
20202 Highway 59
Humble, TX 77338

Trinity Excavators, LLC
28803 Comal River Ct.
Spring, TX 77386

Trinity Excavators, LLC
28803 Comal River St.
Spring, TX 77386

Trinity Excavators, LLC and TE Construction G
28803 Comal River St.
Spring, TX 77386

U.S. Attorney, KS- Bankruptcy
500 State Ave., Ste. 360
Kansas City, KS 66101

U.S. Attorney, WDMO- Bankruptcy
400 East 9th Street, Room 5510
Kansas City, MO 64106

United Rentals
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX 78701

US Bank
P.O. Box 108
Saint Louis, MO 63166

Verizon Wireless
500 Technology Dr., Ste. 550
Weldon Spring, MO 63304

Vulcan Materials Company
CT Corporation System
1999 Bryan Street, Ste. 900
Dallas, TX 75201

United States Bankruptcy Court

Western District of Missouri

In re:  Brian Wayne Buttry & Dana Michele Buttry        Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____01/24/2025_____

/s/ Brian Wayne Buttry
_____
Signature of Debtor

/s/ Dana Michele Buttry
_____
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   |   |   |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

■ most fines, penalties, forfeitures, and criminal restitution obligations; and

■ certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

■ fraud or theft;

■ fraud or defalcation while acting in breach of fiduciary capacity;

■ intentional injuries that you inflicted; and

■ death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|  | $200 | filing fee |
| + |  $78 | administrative fee |
|  | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|  | $235 | filing fee |
| + |  $78 | administrative fee |
|  | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

■ If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

■ All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.